UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF OREGON
740 UNITED STATES COURTHOUSE
1000 S.W. THIRD AVENUE · PORTLAND, OREGON 97204-2902

OFFICIAL BUSINESS

PORTLAND OR RPDC 972
17 DEC 2025 PM



US POSTAGE (IM) PITNEY BOWES

ZIP 97204
02 7H
0006179401    $ 001.03⁰
              DEC 17 2025

RECV'D 29 DEC '25 10:45 USDC-ORP

NIXIE         971    DE 1         0012/26/25
         RETURN TO SENDER
         INSUFFICIENT ADDRESS
         UNABLE TO FORWARD
BC: 97204293099      *1520-02162-17-37

FILED 29 DEC '25 10:46 USDC-ORP

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

JAMES KEEFER
　Plaintiff,

Case No.: 3:25-cv-02309-AN

v.

U.S. BANK NATIONAL ASSOCIATION
　Defendant.

### Discovery and Pretrial Scheduling Order

To facilitate discovery and the effective management of this case, the Court orders that:

1. **Discovery and Pretrial Deadlines:** Unless otherwise ordered by the Court, the parties shall,

   a. within 120 days of this Order:
      i. File all pleadings pursuant to Fed. R. Civ. P. 7(a) and 15;
      ii. Join all claims, remedies, and parties pursuant to Fed. R. Civ. P. 18 and 19;
      iii. File all pretrial, discovery, and dispositive motions;
      iv. Complete all discovery; and
      v. Confer as to Alternate Dispute Resolution pursuant to LR 16-4(c).

   b. within 150 days of this Order:
      i. File a Joint ADR Report pursuant to LR 16-4(d);
      ii. File a Proposed Pretrial Order pursuant to LR 16-5.

2. **Corporate Disclosure Statement:** In accordance with Fed. R. Civ. P. 7.1 and LR 7.1-1, any non-governmental corporate party must file a corporate disclosure statement concurrently with its first appearance (*See also* LR 83-9).

3. **Initial Conference of Counsel for Discovery Planning:**

   a. Except in cases exempted under Fed. R. Civ. P. 26(a)(1)(B), upon learning the identity of counsel for Defendant(s), counsel for the Plaintiff(s) must initiate communications with counsel for Defendant(s).

   b. All counsel must then confer as required by Fed. R. Civ. P. 26(f) within thirty (30) days after a defendant files a responsive pleading or a motion under Fed. R. Civ. P. 12. (*See* LR 26-1.)

   c. Counsel should also discuss their client's positions regarding:

      i. Consent to a Magistrate Judge; and
      ii. Alternate Dispute Resolution options. ADR options include judicial settlement conferences or Court-sponsored mediation with highly qualified lawyer-mediators. Court-sponsored mediators agree to conduct mediation without cost to the Court or parties for four (4) hours, exclusive of preparation and travel time to and from the agreed location for mediation. Parties are encouraged to visit the Court's website for additional ADR information, including mediator biographies, subject-matter expertise, and contact information.

    d.    If counsel for all of the parties agree to forgo the initial disclosures required by Fed. R. Civ. P. 26(a)(1), they shall file with the Court the Fed. R. Civ. P. 26(a) Discovery Agreement form issued with this order (*See* LR 26-2). Whether or not the parties agree to forgo the initial disclosures, they may seek discovery once the initial conference of counsel for discovery planning contemplated by Fed. R. Civ. P. 26(f) has occurred. (*See* LR 26-1.)

**4.    Rule 16 Court Conference for Scheduling and Planning:** Counsel for Plaintiff(s) and for Defendant(s) must, during or promptly after the conference of counsel referred to in section 3 above, contact the assigned judge's courtroom deputy clerk to schedule a Rule 16 Conference for scheduling and planning. (*See* LR 16-2.)

At the Rule 16 Conference, the parties must be prepared to discuss discovery, whether there is consent to a Magistrate Judge, and any scheduling or other issues, including any requested modifications to the initial scheduling order set forth in section 1 above, and possible submission of trial exhibits electronically (*See* LR 5-7(b)).

**5.    Service of this Order:** Counsel for the Plaintiff (the "filing party") must serve this order and all attachments upon all other parties to the action. (In cases removed to this Court, the removing defendant is considered the "filing party.") (*See* LR 3-5.) A *pro se* filing party is required to serve this order and all attachments upon all other parties to the action.

**DATED: December 16, 2025**                          **MELISSA AUBIN**
                                                                         **Clerk of Court**

                                                               by:  /s/ R. Schellinger
                                                                        R. Schellinger, Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

JAMES KEEFER                                              Case No.: 3:25-cv-02309-AN
    Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION
    Defendant.

### Fed. R. Civ. P. 26(a)(1) Discovery Agreement

Pursuant to LR 26-2, I state that the parties who have been served and who are not in default have agreed to forgo the disclosures required by Fed. R. Civ. P. 26(a)(1).

DATED: _____

Signature: _____

Name and OSB ID: _____

E-mail Address: _____

Firm Name: _____

Mailing Address: _____

City, State, Zip: _____

Parties Represented: _____

## U.S. District Court – Oregon
## Civil Case Management Time Schedules

| Local Rule | Event or Requirement | Time Frame | Comment |
|---|---|---|---|
| LR 16–1(d) | Discovery and Pretrial Scheduling Order (with attachments) | Issued by the Clerk's Office at new civil case initiation, along with the summonses | Required to be served on all parties by the filing party (*See* LR 3–5) |
| LR 26–1 | Initial Conference for Discovery Planning | Within 30 days of a defendant filing a responsive pleading or a motion under Fed. R. Civ. P. 12 | Held between the parties |
| LR 16–2 | Rule 16 Conference | Scheduled by the assigned judge after the required LR 26–1 initial discovery planning conference | Affirmative duty on all counsel to contact the assigned judge's courtroom deputy (*See* LR 16–2(a)) |
| LR 16–4(c) | ADR Conference Requirements | Within 120 days from the date the Discovery and Pretrial Scheduling Order is issued | Parties must confer with other attorneys and unrepresented parties to discuss ADR options |
| LR 16–2(e) | Completion of Discovery | Unless otherwise ordered by the Court, within 120 days from the date the Discovery and Pretrial Scheduling Order is issued | Discovery deadlines are set forth in the Discovery and Pretrial Scheduling Order |
| LR 16–4(d) | Joint ADR Report | Within 150 days from the date the Discovery and Pretrial Scheduling Order is issued | The parties must file a Joint ADR Report |
| LR 16–5 | Joint Proposed Pretrial Order | Unless otherwise modified pursuant to LR 16–5(a), within 150 days from the date the Discovery and Pretrial Scheduling Order is issued | The Joint Proposed Pretrial Order filing deadline is established in the Discovery and Pretrial Scheduling Order |
| LR 16–4(f)(2)(B) | Notice to the Court that the Parties Are Unable to Select a Court–sponsored Mediator from the Court's list of mediators | Within fourteen (14) days after entry of a court order referring a case for Court–sponsored mediation | Plaintiff's attorney (or the *pro se* plaintiff) is responsible for notifying the assigned judge who will then designate a mediator |
| LR 16–4(h)(1) | Notification of Private ADR Results | Not later than seven (7) days after the conclusion of private ADR proceedings | Plaintiff's attorney (or the *pro se* plaintiff) is responsible for notifying the court |
| LR 16–4(h)(2) | Report of Court–sponsored Mediator | Not later than seven (7) days following the conclusion of the mediation if no settlement is achieved | Court–sponsored mediator is responsible for notifying the court |

James Keefer
1818 SW 4th Ave.
Portland OR 97201

1

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**JAMES KEEFER**

    Plaintiff,

v.

**U.S. BANK NATIONAL ASSOCIATION**

    Defendant.

Case No.: 3:25-cv-02309-AN

**ORDER TO PROCEED** *IN FORMA PAUPERIS*

    Plaintiff moves to proceed *in forma pauperis*. An examination of the application reveals that Plaintiff is unable to afford the costs of this action.

    IT IS HEREBY ORDERED that the provisional *in forma pauperis* status given Plaintiff pursuant to LR 3-4(b) at the time this action was filed is confirmed. This action may go forward without the payment of any filing fees or costs associated with service.

    IT IS FURTHER ORDERED THAT within 30 days of the filing date of this Order, Plaintiff shall:

    (1)    Prepare an original summons for each defendant and submit it to the Clerk of Court for issuance;

    (2)    Provide the original and sufficient service copies of the issued summons, the complaint, and any scheduling order for service upon each defendant to the Clerk of Court for service; and

    (3)    Complete the U.S. Marshals Service Form (USM285) for each defendant and submit it to the Clerk of Court. Summons forms and the USM285 forms may be obtained on request from the Clerk of Court's Office.

    IT IS FURTHER ORDERED that the Clerk of Court is directed to promptly issue summons in this case and forward the documents received from Plaintiff for service of process, including the completed USM285 form(s), to the U. S. Marshals Service.

    Pursuant to 28 U.S.C. § 1915(d), the U.S. Marshals Service is directed to serve a copy of the summons and complaint, together with any scheduling order, as provided by Plaintiff, on the defendant pursuant to Fed. R. Civ. P. 4.

    Plaintiff may choose to complete service pursuant to Fed. R. Civ. P. 4 without the aid of the U.S. Marshals Service. If so, return(s) of service should be filed promptly following completion of service.

    IT IS SO ORDERED.

**DATED** this 16th day of December, 2025.

/s/Adrienne Nelson

Honorable Adrienne Nelson
United States District Judge.