UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

James Keefer,

Plaintiff,

v.

U.S. Bank National Association,

Defendant.

Case No. 3:25-cv-2309-AN

MOTION REQUESTING HEARING TO ADDRESS OPPOSING COUNSEL'S UNETHICAL CONDUCT TOWARD PRO SE PLAINTIFF

I. INTRODUCTION

Plaintiff, James Keefer, proceeding pro se, respectfully requests that this Court schedule a hearing to address opposing counsel's unethical conduct and lack of professionalism in this case. Plaintiff seeks the Court's intervention to ensure that opposing counsel complies with ethical standards and treats the pro se Plaintiff fairly.

II. STATEMENT OF FACTS

1. Plaintiff is representing himself pro se in this matter.
2. Opposing counsel has repeatedly failed to respond to Plaintiff's emails in a timely manner, impeding communication necessary for case progression.

3. Opposing counsel has not returned any of Plaintiff's phone calls despite multiple attempts to establish communication.

4. Opposing counsel has misrepresented facts to the Court by emailing the courtroom deputy stating that Plaintiff never mailed the waiver of service, when in fact Plaintiff timely mailed the waiver of service as required.

5. Plaintiff has made good faith efforts to resolve these communication issues but has been unsuccessful.

III. ARGUMENT

The Court has broad authority to manage the conduct of attorneys appearing before it and to ensure all parties receive fair treatment. The conduct described above raises serious concerns about opposing counsel's adherence to the Oregon Rules of Professional Conduct, particularly the obligation to communicate honestly and in a timely manner. Given Plaintiff's pro se status, Court intervention is necessary to guarantee that opposing counsel acts ethically and respectfully toward Plaintiff.

IV. CONCLUSION

For these reasons, Plaintiff respectfully requests that the Court schedule a hearing at its earliest convenience to address opposing counsel's conduct and to protect the pro se Plaintiff's right to fair treatment in this proceeding.

DATED this day 22nd of January 2026.

Respectfully submitted,

James Keefer

1818 SW 4th Ave, Apt 327

Portland, Oregon 97201

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January, 2026, I served a true and correct copy of the foregoing Motion Requesting Hearing to Address Opposing Counsel's Unethical Conduct Toward Pro Se Plaintiff by email to opposing counsel, Mr. Brian Calleros, at bcalleros@lvklaw.com

Dated: January 22, 2026