Julie R. Vacura, OSB #843692
jvacura@lvklaw.com
Benjamin Calleros, OSB #242124
bcalleros@lvklaw.com
Larkins Vacura Kayser LLP
121 SW Morrison Street, Suite 700
Portland, OR 97204
Telephone: 503-222-4424

Attorneys for Defendant U.S. Bank National Association

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JAMES KEEFER,<br><br>              Plaintiff,<br><br>     v.<br><br>U.S. BANK NATIONAL ASSOCIATION,<br><br>              Defendant. | Case No. 3:25-cv-02309-AN<br><br>DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR HEARING |

Defendant U.S. Bank National Association ("U.S. Bank"), by and through undersigned counsel, respectfully opposes Plaintiff James Keefer's Motion for Hearing (Doc. 20). The motion should be denied because it has no basis in fact and a hearing would be an unnecessary expenditure of court resources. This response is supported by the Declaration of Benjamin Calleros ("Calleros Decl."), filed concurrently herewith, and the exhibits attached thereto.

Plaintiff's motion is based on his assertion that undersigned counsel and his firm are misrepresenting to the Court facts about service of Plaintiff's Amended Complaint on U.S. Bank. U.S. Bank was and is willing to accept service of Plaintiff's Amended Complaint (Doc. 15). To that end, undersigned counsel emailed Plaintiff on January 9, 2026, at 9:26 a.m., stating:

> My apologies if I was not clear before. My firm has agreed to accept service on behalf of US Bank for this matter. To do so, we are not obligated to file anything with the district court at this time. If you send us a Waiver of the Service of Summons form, we will fill it out and return it to you so you can file it with the court. You should be able to find the form at the US Courts website: https://www.uscourts.gov/

Calleros Decl. Ex. 1, at 1.

Plaintiff responded, in part, as follows:

> Like I said earlier I have [sic] your law firm a chance to work with me and you all refused and wanted to play games and also ignore me so I know [sic] longer trust you or your firm and I will having [sic] your client served thru the US Marshalls [sic] until you inform the court that you are counsel of record.

*Id.* Ex. 2, at 1.

Plaintiff then attempted service through the U.S. Marshal, which failed because service was effected at the wrong address and on the wrong recipient. Plaintiff addressed service to the care of Linda A. McConkey at 555 SW Oak Street, PL-6, Portland, OR 97204. *See* Issued Summons to U.S. Bank National Association (Doc. 18). Although that location originally held the national headquarters of U.S. Bancorp, the company's headquarters moved to Minneapolis, Minnesota in 1997 as a result of a merger, and U.S. Bank no longer has a branch or any offices at that address. *See* Calleros Decl. ¶ 10. Undersigned counsel then emailed the Courtroom Deputy and inquired as follows:

> My law firm represents U.S. Bank National Association in the lawsuit before Judge Nelson captioned 3:25-cv-02309-AN. The Plaintiff, Mr. James Keefer, emailed to us the Amended Complaint (Doc. 15) he filed with the court on January 8, 2026. We confirmed with Plaintiff that we represent U.S. Bank in this action and that we would waive and accept service on behalf of U.S. Bank. Plaintiff, however, declined to acknowledge our acceptance of service and stated to us that he would serve the amended complaint via the U.S. Marshal. But the name and address to which Plaintiff directed service is not U.S. Bank's registered agent and is not someone authorized to accept service on U.S. Bank's behalf.
>
> U.S. Bank National Association continues to acknowledge the filing of the Amended Complaint and intends to appear in this action. We believe that,

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR HEARING                                                                                       Page 2

> because we are agreeable to accepting service, we are entitled to 60 days to file an appearance under Fed. R. Civ. P. 4(d)(3). Can you please advise whether the court would like a formal motion to confirm our entitlement to 60 days? Thank you for your attention to this matter.

Calleros Decl. Ex. 6, at 1.

Plaintiff responded by email, asserting that undersigned counsel had misled the Court because Plaintiff had in fact sent U.S. Bank the U.S. District Court's fillable PDF forms for the Notice of a Lawsuit and Request to Waive Service of a Summons (AO 398) and the Waiver of the Service of Summons (AO 399). *See id.* Ex. 3, at 1. Plaintiff attached to his email those forms (*see id.* Ex. 4, Ex. 5), which he asserted he had printed and sent to undersigned counsel via U.S. mail on January 8, 2026. *See id.* Ex. 3, at 1.

As of the filing of this response, undersigned counsel has not received any such mail from Plaintiff. Calleros Decl. ¶ 8. Nor, prior to his January 22, 2026 email, did Plaintiff ever indicate to the undersigned that he had changed his mind and had sent the forms. *Id.* ¶ 11. The undersigned is an officer of the Court and understands the obligation of candor that accompanies that privilege. A hearing is not necessary.

In conclusion, undersigned counsel has acted ethically and professionally toward Plaintiff and this Court and a hearing regarding counsel's conduct would therefore be an unnecessary expenditure of court resources. Plaintiff's motion should therefore be denied.

DATED: January 23, 2026.

LARKINS VACURA KAYSER LLP

<u>/s/ Benjamin Calleros</u>
Julie R. Vacura, OSB #843692
jvacura@lvklaw.com
Benjamin Calleros, OSB #242124
bcalleros@lvklaw.com

Attorneys for Defendant
U.S. Bank National Association

## CERTIFICATE OF SERVICE

I am over the age of 18 and am not a party to the within action. I am employed in Multnomah County, State of Oregon, and my business address is 121 SW Morrison Street, Suite 700, Portland, Oregon 97204.

On January 23, 2026, I served the following document(s):

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR HEARING**

on the party or parties listed on the following page(s) in the following manner(s):

☐ **BY HAND DELIVERY.** For each party, I caused a copy of the document(s) to be placed in a sealed envelope and caused such envelope to be delivered by messenger to the street address(es) indicated on the attached service list.

☐ **BY FEDERAL EXPRESS.** For each party, I caused a copy of the document(s) to be placed in a sealed envelope and caused such envelope to be delivered by Federal Express to the street address(es) indicated on the attached service list.

☒ **BY FIRST-CLASS MAIL.** For each party, I caused a copy of the document(s) to be placed in a sealed envelope and caused such envelope to be deposited in the United States mail at Portland, Oregon, with first-class postage thereon fully prepaid and addressed to the street address(es) indicated on the attached service list.

☐ **BY FACSIMILE.** For each party, I caused a copy of the document(s) to be sent by facsimile to the facsimile number(s) indicated on the attached service list. If this action is pending in Oregon state court, then printed confirmation of receipt of the facsimile generated by the transmitting machine is attached hereto.

☒ **BY E-MAIL.** For each party, I caused a copy of the document(s) to be sent by electronic mail to the e-mail address(es) indicated on the attached service list.

☐ **BY E-FILING.** For each party, I caused a copy of the document(s) to be sent by electronic service via CM/ECF filing system to the e-mail address(es) on file with that system.

I declare under penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct.

/s/ Banjamin Calleros
Benjamin Calleros, OSB #242124

Page 1 – Certificate of Service

James Keefer
1818 SW Fourth Avenue, Apt 327
Portland, OR 97201
jameskeefer@outlook.com

    Plaintiff, *Pro Se*

Page 2 – Certificate of Service