Julie R. Vacura, OSB #843692
jvacura@lvklaw.com
Benjamin Calleros, OSB #242124
bcalleros@lvklaw.com
Larkins Vacura Kayser LLP
121 SW Morrison Street, Suite 700
Portland, OR 97204
Telephone: 503-222-4424

Attorneys for Defendant U.S. Bank National Association

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JAMES KEEFER,<br><br>                Plaintiff,<br><br>    v.<br><br>U.S. BANK NATIONAL ASSOCIATION,<br><br>                Defendant. | Case No. 3:25-cv-02309-AN<br><br>DECLARATION OF BENJAMIN CALLEROS IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR HEARING |

I, Benjamin Calleros, declare as follows:

1. I am a citizen of the United States, over the age of 18, and competent to testify herein. I make this declaration from my own personal knowledge.

2. I am an attorney at Larkins Vacura Kayser LLP, which is counsel for Defendant U.S. Bank National Association in this matter.

3. Attached as **Exhibit 1** is a true and correct copy of an email I sent to Plaintiff James Keefer on January 9, 2026, at 9:26 am.

4. Attached as **Exhibit 2** is a true and correct copy of an email Plaintiff sent to me on January 9, 2026, at 11:21 am.

DECLARATION OF BENJAMIN CALLEROS IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR HEARING     Page 1

5. Attached as **Exhibit 3** is a true and correct copy of an email Plaintiff sent to the Courtroom Deputy on January 22, 2026, at 8:19 pm.

6. Attached as **Exhibit 4** is a true and correct copy of the form AO 398 fillable PDF that Plaintiff attached to his January 22, 2026, 8:19 pm email to the Courtroom Deputy.

7. Attached as **Exhibit 5** is a true and correct copy of the form AO 399 fillable PDF that Plaintiff attached to his January 22, 2026, 8:19 pm email to the Courtroom Deputy.

8. As of the filing of this declaration, I have not received U.S. mail from Plaintiff containing form AO 398 or form AO 399.

9. Attached as **Exhibit 6** is a true and correct copy of the email I sent to the Courtroom Deputy on January 22, 2026, at 11:24 am.

10. The address to which Plaintiff directed service of summons in the Issued Summons to U.S. Bank National Association (Doc. 18) is 555 SW Oak Street, PL-6, Portland, OR 97204. That address is the U.S. Bancorp Tower, also known as "Big Pink." Although it originally held the national headquarters of U.S. Bancorp, the company's headquarters moved to Minneapolis, Minnesota in 1997 as a result of a merger. U.S. Bank no longer has a branch or any offices at that location.

11. Prior to Plaintiff's January 22, 2026 emails, Plaintiff never indicated to me that he had changed his mind regarding serving U.S. Bank through the U.S. Marshal and had instead sent the forms for waiver of service.

I hereby declare that the above statements are true to the best of my knowledge and belief, and that I understand they are made for use as evidence before this Court and are subject to the penalty of perjury.

Dated: January 23, 2026.

/s/ Banjamin Calleros
Benjamin Calleros

## CERTIFICATE OF SERVICE

I am over the age of 18 and am not a party to the within action. I am employed in Multnomah County, State of Oregon, and my business address is 121 SW Morrison Street, Suite 700, Portland, Oregon 97204.

On January 23, 2026, I served the following document(s):

**DECLARATION OF BENJAMIN CALLEROS IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR HEARING with EXHIBITS 1-6**

on the party or parties listed on the following page(s) in the following manner(s):

☐ **BY HAND DELIVERY.** For each party, I caused a copy of the document(s) to be placed in a sealed envelope and caused such envelope to be delivered by messenger to the street address(es) indicated on the attached service list.

☐ **BY FEDERAL EXPRESS.** For each party, I caused a copy of the document(s) to be placed in a sealed envelope and caused such envelope to be delivered by Federal Express to the street address(es) indicated on the attached service list.

☒ **BY FIRST-CLASS MAIL.** For each party, I caused a copy of the document(s) to be placed in a sealed envelope and caused such envelope to be deposited in the United States mail at Portland, Oregon, with first-class postage thereon fully prepaid and addressed to the street address(es) indicated on the attached service list.

☐ **BY FACSIMILE.** For each party, I caused a copy of the document(s) to be sent by facsimile to the facsimile number(s) indicated on the attached service list. If this action is pending in Oregon state court, then printed confirmation of receipt of the facsimile generated by the transmitting machine is attached hereto.

☒ **BY E-MAIL.** For each party, I caused a copy of the document(s) to be sent by electronic mail to the e-mail address(es) indicated on the attached service list.

☐ **BY E-FILING.** For each party, I caused a copy of the document(s) to be sent by electronic service via CM/ECF filing system to the e-mail address(es) on file with that system.

I declare under penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct.

/s/ Banjamin Calleros
Benjamin Calleros, OSB #242124

Page 1 – Certificate of Service

James Keefer
1818 SW Fourth Avenue, Apt 327
Portland, OR 97201
jameskeefer@outlook.com

    Plaintiff, *Pro Se*

Page 2 – Certificate of Service