# EXHIBIT 1

| | |
|---|---|
| **From:** | Benjamin Calleros |
| **To:** | james keefer |
| **Cc:** | Julie Vacura; Angie Milligan; Julie Vacura; Jess Chiasson; Christi Lawson; James Keefer |
| **Subject:** | RE: Service |
| **Date:** | Friday, January 9, 2026 9:26:04 AM |
| **Attachments:** | image001.png |

Mr. Keefer,

My apologies if I was not clear before. My firm has agreed to accept service on behalf of US Bank for this matter. To do so, we are not obligated to file anything with the district court at this time. If you send us a Waiver of the Service of Summons form, we will fill it out and return it to you so you can file it with the court. You should be able to find the form at the US Courts website: https://www.uscourts.gov/



**Benjamin Calleros (he/him/his)**
Attorney

121 SW Morrison St., Suite 700
Portland, Oregon 97204
O 503-222-4424 D 971-394-3875

**LVKLAW.COM**

Confidentiality Notice: This email may contain confidential and privileged information. The information in this email is intended for the addressee only. If you are not the addressee of this email, do not review, disclose, copy, store, forward or distribute it. If you have received this email and you are not the addressee, delete it and please contact the sender immediately, by return email or by telephone.

**From:** james keefer <jameskeefer@outlook.com>
**Sent:** Thursday, January 8, 2026 4:01 PM
**To:** Benjamin Calleros <bcalleros@lvklaw.com>
**Cc:** Julie Vacura <jvacura@lvklaw.com>; Angie Milligan <amilligan@lvklaw.com>; Julie Vacura <jvacura@lvklaw.com>; Jess Chiasson <jchiasson@foley.com>; Christi Lawson <Clawson@foley.com>; James Keefer <jameskeeferconsulting@myyahoo.com>
**Subject:** Service

Mr. Calleros,

When I first emailed you I requested that you treat me ethically and to not play games but you choose instead to not treat me in a professional manner so you have lost my trust and I don't believe anything you have to say.

As such until you inform the court that you are the attorney of record and inform the court that you will accept service of legal documents I will mail all legal filings to Linda A. McConkey who is listed as your client registered agent. Once the clerk issues a summons it will be

forwarded to the US Marshalls office for proper service and then any other legal filings made by me will be mailed to U.S. Bank National Association C/O  555 SW Oak Street, PL-6 Portland, Oregon 97204.

The faster that you informed the federal court that you are the attorney of record for your client and inform the court that you accept service then that means I won't have to mail Linda A. McConkey the legal documents or any other type of summons.

In closing, I gave you a chance at the beginning and was willing to give you the benefit of the doubt but your conduct towards me has made me not believe anything you have to say nor do I trust you so please inform the court if you truly are the counsel of record and are willing to accept service because I rather send the legal documents to you rather than Linda A. McConkey.

Respectfully,

James Keefer

# EXHIBIT 2

| | |
|---|---|
| **From:** | james keefer |
| **To:** | Benjamin Calleros |
| **Cc:** | Jess Chiasson; Christi Lawson; Julie Vacura; James Keefer |
| **Subject:** | From James Keefer |
| **Date:** | Friday, January 9, 2026 11:20:44 AM |

Mr. Calleros,

Like I said earlier I have your law firm a chance to work with me and you all refused and wanted to play games and also ignore me so I know longer trust you or your firm and I will having your client served thru the US Marshalls until you inform the court that you are counsel of record.

Also, I have been doing legal research against your client and I will soon be reaching out to other victims of their misconduct and will be reaching out to other law firms who have sued your clients for their help in providing me information and I am in the process of reaching out to law firms to see if there is a class action lawsuit possibility.

I gave your clients an opportunity to settle and do the right thing and they refused so now I will be pursuing justice against them in a court of law.

I want to let you know that I am not a quitter and I am one of your clients many victims but this time your client victimized the wrong person because I am not a quitter and I have plenty of time to do research and I won a discharge of my student loans in federal court when many lawyers told me I didn't have a chance but I wasn't scared by the odds and in the end I won a discharge in federal court which is very rare and not many lawyers have been successful but I was successful and I believe I will be successful in my lawsuit against your client and this is no longer about money but getting justice!

Respectfully,

James Keefer

# EXHIBIT 3

| | |
|---|---|
| From: | james keefer |
| To: | Chambers Nelson; Nelson_CRD@ord.uscourts.gov |
| Cc: | Benjamin Calleros; Julie Vacura; Angie Milligan; Annette Kimmel; James Keefer |
| Subject: | Case Number 3:25-cv-2309-AN |
| Date: | Thursday, January 22, 2026 8:19:25 PM |
| Attachments: | ao399.pdf |
| | ao398.pdf |

Dear Courtroom Deputy,

My name is James Keefer and I am the Pro-Se Plaintiff in case number: 3:25-cv-2309-AN

I spoke to an attorney who advised me to send the court copies of the waiver of service that I printed and sent by US Mail to Benjamin Calleros on 1/8/2026 and since 30 days hadn't passed since I had sent it to Benjamin Calleros I was waiting patiently for the forms to be mailed back to me by Benjamin Calleros.

As of today I haven't received the forms back from Attorney Benjamin Calleros and so I was shocked to get a email that he CC me to you.

I didn't want to say anything at first but after seeking advice I want to make the court aware that I believe attorney Benjamin Calleros has misled this court.

Also, attorney Benjamin Calleros and his law firm have acted in an unethical manner towards me and they have ignored my emails numerous times and have not acted in good faith towards me.

I am requesting a court hearing with the hopes that the court can help prevent the shenanigans that the defendant counsel has done in the state case that I have pending and I want opposing counsel to work with me and the court in good faith so that this case can be resolved as soon as possible and it is my opinion that Benjamin Calleros email to the courtroom deputy today is another attempt in my opinion for the defendant to deny me the right to a speedy resolution of my lawsuit and I am hoping a hearing in front of your honor can prevent any more delays and hopefully Benjamin Calleros and his law firm will act ethically

Declaration of Calleros in Support of Plaintiff's Motion for Hearing
Exhibit 3
Page 1 of 2

towards me after a hearing in front of her honor.

Respectfully Submitted,

James Keefer

Pro-Se Plaintiff

# EXHIBIT 4

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| James Keefer<br>*Plaintiff*<br>v.<br>U.S. Bank National Association<br>*Defendant* | Civil Action No. 3:25-cv-2309-AN |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Benjamin Calleros
(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days (*give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States*) from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 01/08/2026

/s/ James Keefer
*Signature of the attorney or unrepresented party*

James Keefer
*Printed name*

1818 SW 4th Ave
Apt 327
Portland, Oregon 97201
*Address*

jameskeefer@outlook.com
*E-mail address*

603-852-1790
*Telephone number*

[Print]  [Save As...]                                    [Reset]

Declaration of Calleros in Support of Plaintiff's Motion for Hearing
Exhibit 4
Page 1 of 1

# EXHIBIT 5

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| James Keefer | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:25-cv-2309-AN |
| U.S. Bank National Association | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: **James Keefer**
   *(Name of the plaintiff's attorney or unrepresented plaintiff)*

   I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

   I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

   I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____01/08/2026_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Printed name of party waiving service of summons*

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

   Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

   "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

   If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

   If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

[ Print ]  [ Save As... ]                                                                                     [ Reset ]

Declaration of Calleros in Support of Plaintiff's Motion for Hearing
Exhibit 5
Page 1 of 1

# EXHIBIT 6

| | |
|---|---|
| **From:** | Benjamin Calleros |
| **To:** | "Nelson_CRD@ord.uscourts.gov" |
| **Cc:** | Julie Vacura; Annette Kimmel; james keefer; James Keefer |
| **Subject:** | 3:25-cv-02309-AN - Question re Acceptance of Service |
| **Date:** | Thursday, January 22, 2026 11:24:55 AM |
| **Attachments:** | image001.png |

Dear Courtroom Deputy,

My law firm represents U.S. Bank National Association in the lawsuit before Judge Nelson captioned 3:25-cv-02309-AN. The Plaintiff, Mr. James Keefer, emailed to us the Amended Complaint (Doc. 15) he filed with the court on January 8, 2026. We confirmed with Plaintiff that we represent U.S. Bank in this action and that we would waive and accept service on behalf of U.S. Bank. Plaintiff, however, declined to acknowledge our acceptance of service and stated to us that he would serve the amended complaint via the U.S. Marshal. But the name and address to which Plaintiff directed service is not U.S. Bank's registered agent and is not someone authorized to accept service on U.S. Bank's behalf.

U.S. Bank National Association continues to acknowledge the filing of the Amended Complaint and intends to appear in this action. We believe that, because we are agreeable to accepting service, we are entitled to 60 days to file an appearance under Fed. R. Civ. P. 4(d)(3). Can you please advise whether the court would like a formal motion to confirm our entitlement to 60 days? Thank you for your attention to this matter.

Thank you,

Ben Calleros



**Benjamin Calleros (he/him/his)**
Attorney

121 SW Morrison St., Suite 700
Portland, Oregon 97204
O 503-222-4424  D 971-394-3875

LVKLAW.COM

Confidentiality Notice: This email may contain confidential and privileged information. The information in this email is intended for the addressee only. If you are not the addressee of this email, do not review, disclose, copy, store, forward or distribute it. If you have received this email and you are not the addressee, delete it and please contact the sender immediately, by return email or by telephone.

Declaration of Calleros in Support of Plaintiff's Motion for Hearing
Exhibit 6
Page 1 of 1