UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

James Keefer,

Plaintiff,

v.

U.S. Bank National Association,

Defendant.

Case No. 3:25-cv-2309-AN

PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO OPPOSE HEARING

Plaintiff James Keefer respectfully submits this Response to Defendant's Motion to Oppose Hearing and requests that the Court deny the opposition and proceed with the hearing as scheduled.

I. BACKGROUND AND FACTS

1. Since January 8, 2026, Plaintiff has made at least three attempts to contact Attorney Benjamin Calleros' law firm to confirm receipt of the waiver of service. Each time, Plaintiff was told Mr. Calleros was unavailable and would return the call. On the third attempt, Plaintiff was threatened with police involvement if he called again.

2. Plaintiff notified Defendant in October 2025 of his desire to close his secured credit card account. Defendant failed to close the account, and on advice of counsel, refused Plaintiff's

1

payments and reported Plaintiff late, allegedly in retaliation for Plaintiff filing a state lawsuit regarding his personal checking account.

3. Defendant has a history of criminal wrongdoing, having been found guilty by the United States government for lying to regulatory authorities.

4. Plaintiff receives over ten calls daily from third-party debt collectors hired by Defendant. Plaintiff was informed by these callers that Attorney Calleros authorized them to continue calling Plaintiff repeatedly, claiming Plaintiff owes a debt.

5. Plaintiff has clearly communicated to Defendant, Attorney Calleros, and the collectors that he does not wish to receive these calls, especially given the active lawsuit concerning this matter.

II. ARGUMENT

Plaintiff's repeated attempts to communicate demonstrate good faith and a desire to resolve procedural matters. Defendant's counsel's refusal to engage and threats to involve law enforcement are unreasonable and obstructive.

The continued harassing phone calls from debt collectors, with the apparent authorization of Attorney Calleros, despite Plaintiff's clear objections and pending litigation, constitute ongoing harassment requiring court intervention.

Defendant's prior criminal conviction for dishonesty with regulators further underscores the need for judicial oversight to prevent abusive and unlawful conduct.

III. REQUEST FOR RELIEF

Plaintiff respectfully requests the Court to:

1. Deny Defendant's Motion to Oppose Hearing;

2. Proceed with the hearing as scheduled;

3. Intervene to protect Plaintiff from ongoing harassment through repeated phone calls by debt collectors authorized by Defendant's counsel;

4. Consider Plaintiff's allegations of retaliation and Defendant's prior misconduct in the proceedings;

5. Grant any other relief the Court deems just and proper.

DATED this day 23rd of January, 2026.

Respectfully submitted,

/s/ James Keefer

1818 SW 4th Ave, Apt 327

Portland, Oregon 97201

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January, 2026, I served a true and correct copy of the foregoing Motion Requesting Hearing to Address Opposing Counsel's Unethical Conduct Toward Pro Se Plaintiff by email to opposing counsel, Mr. Brian Calleros, at bcalleros@lvklaw.com

Dated: January 23, 2026