UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

James Keefer,

Plaintiff,

v.

U.S. Bank National Association,

Defendant.

Case No. 3:25-cv-2309-AN

Notice of Misconduct by Opposing Counsel Clifford Davidson; Request for Review and Relief

To: The Honorable Judge Adrienne Nelson and all counsel of record.

I, James Keefer, Plaintiff in the above-captioned matter and appearing pro se, submit this Notice of Misconduct regarding actions by opposing counsel Clifford Davidson of Snell & Wilmer.

Summary of alleged misconduct:

1. On or about 2/20/2026, Mr. Davidson told me directly that U.S. Bank did not want to participate in mediation and was not interested in settling the case.

2. On 2/26/26 Mr. Davidson filed a Motion to Abate in this court

3. On or about 3/2/26, approximately one week after telling me his client was not interested in mediation or settlement, Mr. Davidson contacted U.S. Trustee Kenneth S. Eiler in

1

Bankruptcy Case No. 26-30406-thp7 and told the trustee that his client wished to make an offer to Mr. Eiler.

4.  These communications are inconsistent; the evidence (email attached as Exhibit A) shows Mr. Davidson represented to me that his client did not want to mediate or settle, while subsequently contacting the U.S. Trustee to propose an offer. This inconsistency suggests Mr. Davidson was not truthful or did not act in good faith in communications with a pro se plaintiff.

5.  I have previously filed notices and motions about counsel's conduct. To conserve judicial resources, I request the Court review the prior filings together with this Notice.

Basis for relief requested:

 Local Rule and Professional Conduct: Counsel owes duties of candor and honest dealing to the court and opposing parties. Counsel's inconsistent statements and conduct have disadvantaged me as an indigent, pro se plaintiff and interfered with my ability to meaningfully litigate and explore resolution.

Prejudice: I am disabled and receive SSI of $984 per month (as of March 2026). I cannot afford counsel and am at a substantial disadvantage against a major bank represented by a large law firm. The conduct described has caused confusion, wasted time, and impeded my ability to proceed.

 Public record/context: I note the Defendant's substantial resources and the size/revenue of opposing counsel's firm only to explain the imbalance in resources and why fairness and candor are especially important when one party is pro se.

6. According to public records as of early March 2026, U.S. Bancorp (the parent company of

U.S. Bank) has a market capitalization (net worth) of approximately $83.76 billion to $94.34 billion. It is the fifth-largest bank in the United States, with total assets exceeding $670 billion as of late 2025.

7. According to public records as of early March 2026, Snell & Wilmer, a major full-service law firm with over 400 attorneys and 12 offices, reported a gross revenue of $408 million in 2024, ranking it 112th on the 2025 Am Law 200 list. The firm operates with a strong presence in the Western U.S. and Mexico, with estimated annual revenue ranging between $250-500 million.

8. Snell & Wilmer, is well connected in the banking and government sector and has represented very powerful politicians including President Donald J. Trump who is considered the most powerful person in the world.

9. The defendant U.S. Bank National Association has made millions in contributions to various politicians and political parties in the United States of America

Relief requested:

1. That the Court review this Notice, Exhibit A, and my prior filings concerning counsel misconduct.

2. That the Court order a hearing or conference to address whether counsel's statements and actions violated the duty of candor and fair dealing with a pro se litigant.

3. That the Court order appropriate remedial measures if misconduct is found (e.g., admonition, order to meet-and-confer in good faith, sanctions, or other relief the Court deems appropriate).

<u>Declaration and exhibit:</u>

 I attach Exhibit A: email(s) evidencing that the U.S. Trustee emailed Plaintiff and informed Plaintiff that Clifford Davidson wanted to make an offer to US Trustee to settle the lawsuit

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

DATED this day 6th of March 2026.

Respectfully submitted,

James Keefer

1818 SW 4th Ave, Apt 327

Portland, Oregon 97201

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March 2026, I served a true and correct copy of the foregoing motion was emailed to defense counsel.

DATED this day 6th of March 2026

4

# Exhibits/Evidence

# A



# RE: From Debtor James Keefer to U.S. Trustee Legal Notice

Kenneth Eiler<kenneth.eiler7@gmail.com>

To: You

Fri 3/6/2026 1:30 PM

You replied on Fri 3/6/2026 2:07 PM

In answer to your three questions, no I have not received an offer from US Bank, yes Mr. Davidson contacted me earlier this week about your case indicating that they wanted to make an offer, and finally, I do not know.

If I receive an offer from Mr. Davidson I will certainly let you know. Any settlement proposal would be subject to notice and court approval so you would have an opportunity to object and argue the matter to the court. That said, I have no intention of noticing any settlement until the court rules on your motion to dismiss. Thank you. Ken Eiler

Kenneth S. Eiler
Receiver
Attorney at Law
Bankruptcy Panel Trustee
Sub Chapter V Trustee (Region 18)
515 NW Saltzman Rd.
PMB 810
Portland, OR. 97229

503.292.6020
503.297.9402 (fax)

**From:** james keefer <jameskeefer@outlook.com>
**Sent:** Friday, March 6, 2026 11:32 AM
**To:** Kenneth Eiler <kenneth.eiler7@gmail.com>
**Cc:** Clifford Davidson <csdavidson@swlaw.com>; Greg Marshall <gmarshall@swlaw.com>; James Keefer <jameskeeferconsulting@myyahoo.com>
**Subject:** From Debtor James Keefer to U.S. Trustee Legal Notice

Mr. Eiler,

This is James Keefer, Pro-Se Plaintiff in Chapter 7 Bankruptcy Case Number 26-30406-thp7.

Judge Adrienne Nelson on March 5, 2026 entered a court order in Federal Case Number 3:25-cv-2309-AN issuing a stay in my federal lawsuit where I am the Plaintiff against Defendant U.S. Bank National Association and in the order she ordered me to make the bankruptcy court aware of the 3 pending federal lawsuits that I have pending against U.S. Bank National Association.

I don' have permission yet to file any motions or notices online with the bankruptcy court so I will be mailing the information required by Judge Nelson order by U.S. Mail today 3/6/26 to the Clerk of Courts office for the Bankruptcy court and I am emailing you to notify you since I have your email address.

I have also CC to this email you the names of the two attorneys defending U.S. Bank and Greg Marshall is the Arizona Attorney and Clifford Davidson is the attorney for U.S. Bank in the Oregon cases and according to their law firm's website they are partners with the national law firm called SNELL & WILMER.